UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACTIVE PTM, LLC,

        Plaintiff,

v.

PERFECTION COMPONENTS, LLC,

        Defendant.
_____/

Case No. 12-14958

HON. GEORGE CARAM STEEH

ORDER DISMISSING SHOW CAUSE

On November 7, 2012, plaintiff filed this action against defendant alleging breach of contract, account stated, and unjust enrichment. Federal jurisdiction is premised upon diversity jurisdiction. 28 U.S.C. § 1332. Because plaintiff does not state the citizenship of its members or the members of defendant in the complaint, the court issued an order to show cause on December 7, 2012. On January 4, 2013, plaintiff filed a response to the order to show cause indicating that the member of Active is a Delaware corporation located in Michigan and that the members of defendant Perfection Components, LLC are citizens of Kentucky. Thus, complete diversity exists. Accordingly,

IT IS HEREBY ORDERED that the court's December 7, 2012 order to show cause be DISMISSED.

Dated: January 9, 2013

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 9, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk